*I. Barry* for petitioner. *Solicitor General Hughes, Assistant Attorney General Farnum*, and *Mr. Claude R. Branch* for the United States.

No. 522. LITTLE FOUR OIL & GAS CO. *v.* LEWELLYN, FORMERLY COLLECTOR; and

No. 523. SAME *v.* HEINER, COLLECTOR OF INTERNAL REVENUE. January 27, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. William G. Heiner* for petitioner. *Solicitor General Hughes, Assistant Attorney General Youngquist*, and *Messrs. Claude R. Branch, Sewall Key, A. H. Conner, W. Marvin Smith, Clarence M. Charest,* and *L. L. Baylies* for respondents.

No. 531. MISSOURI PACIFIC R. CO. *v.* BEGLEY. January 27, 1930. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Messrs. Wm. P. Waggener* and *J. M. Challis* for petitioner. *Mr. Fred Robertson* for respondent.

No. 533. ROACH *v.* LOS ANGELES & SALT LAKE R. CO. January 27, 1930. Petition for writ of certiorari to the Supreme Court of Utah denied. *Mr. Charles M. Morris* for petitioner. *Mr. George H. Smith* for respondent.

No. 537. BRACH ET AL. *v.* MOEN. January 27, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Edward R. Johnston* and *Henry J. Darby* for petitioners. *Mr. Joseph P. Shoup* for respondent.